**IN RE ACHENBACH BUSCHHUTTEN GMBH.**

No. 2010–1192.

United States Court of Appeals, Federal Circuit.

May 4, 2010.

## ORDER

Counsel having failed to become a member of the bar of this court as required by the Federal Circuit Rule 46, it is

ORDERED that the appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Thomas R. GOECKE.**

No. 2010–1048.

United States Court of Appeals, Federal Circuit.

May 6, 2010.

ON MOTION

## *ORDER*

Thomas R. Goecke and the Director of the United States Patent and Trademark Office move jointly for a remand to the Patent and Trademark Office for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.